**David ZINK, et al., Appellants**

**Richard Strong and Marcellus S. Williams, Intervenors**

v.

**George A. LOMBARDI, et al., Appellees.**

No. 14–2220.

United States Court of Appeals, Eighth Circuit.

Sept. 9, 2014.

Kathryn B. Parish, Richard H. Sindel, Sindel, Sindel & Noble, P.C., Clayton, MO, John William Simon, Constitutional Advocacy, L.L.C., St. Louis, MO, for appellant.

Michael J. Spillane, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., on the brief), for appellee.

**ORDER**

Appellant Earl Ringo's motion for stay of execution is denied. Judge Murphy, Judge Bye, and Judge Kelly would grant the motion for stay of execution. Judge Benton did not participate in the consideration or decision of this matter.